UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCCIDENTAL CHARTERING, INC.,

    Plaintiff,

-V-

HIGH SEAS NAVIGATION PTE LTD.

    Defendant.

FILED
DISTRICT COURT
2007 MAR 26  A 10: 36
S.D. OF N.Y.

**CERTIFICATE OF MAILING**

07 CV 876 (JSR)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**26th day of March, 2007**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**6th day of February, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 917 081 US**

_____
CLERK

Dated: New York, NY

# MAHONEY & KEANE, LLP

Edward A. Keane*
Cornelius A. Mahoney*
Garth S. Wolfson*

Jorge A. Rodriguez*†

Of Counsel
Stephen J. Murray

*Also admitted in NJ
†Also admitted in CT

*Attorneys at Law*
111 Broadway, Tenth Floor
New York, New York 10006
Telephone (212) 385-1422
Facsimile (212) 385-1605
lawoffices@mahoneykeane.com

Connecticut Office

14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203) 222-0252

March 23, 2007

United States District Court
Southern District of New York
Clerk of the Court
J. Michael McMahon
500 Pearl Street
New York, NY 10007

Re:   *Occidental Chartering v. High Seas Navigation.*
USDC/SDNY, 07 CV 876
Our File No. 67/3363/B/07/1

Honorable Sir:

Enclosed herewith please find three sets of pleadings for the referenced case. We request that, pursuant to Fed. R. Civ. P. § 4(f)(2)(C)(ii), you serve the enclosed SUMMONS AND [COMPLAINT at the follo]wing addresses:

[HI]GH SEAS NAVIGATION PTE LTD
[1]0 Middle Road # 09-00
[Hajj]iat Hong Bldg,
[Si]ngapore 188968

Feel free to contact our office if you have [any questions.]

[Very truly yours,]
[Mahon]ey & Keane, LLP.,

[Jorge] A. Rodriguez