UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
DISTRICT COURT

2007 MAR 2b  A 10: 3b

S.D. OF N.Y.

| | |
|---|---|
| OCCIDENTAL CHARTERING, INC., | **CERTIFICATE OF MAILING** |
| Plaintiff, | |
| -V- | |
| HIGH SEAS NAVIGATION PTE LTD. | |
| Defendant. | 07 CV 876 (JSR) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 26ᵗʰ day of March, 2007

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 6ᵗʰ day of February, 2007

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 917 078 US**

*J. Michael McMahon*
- CLERK

Dated: New York, NY

# MAHONEY & KEANE, LLP

Edward A. Keane*
Cornelius A. Mahoney*
Garth S. Wolfson*
———
Jorge A. Rodriguez*†
———
Of Counsel
Stephen J. Murray

*Also admitted in NJ
†Also admitted in CT

*Attorneys at Law*
*111 Broadway, Tenth Floor*
*New York, New York 10006*
Telephone (212) 385-1422
Facsimile (212) 385-1605
lawoffices@mahoneykeane.com

Connecticut Office
———
14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203) 222-0252

March 23, 2007

United States District Court
Southern District of New York
Clerk of the Court
J. Michael McMahon
500 Pearl Street
New York, NY 10007

Re: ***Occidental Chartering v. High Seas Navigation.***
USDC/SDNY, 07 CV 876
<u>Our File No. 67/3363/B/07/1</u>

Honorable Sir:

Enclosed herewith please find three sets of pleadings for the referenced case. We request that, pursuant to Fed. R. Civ. P. § 4(f)(2)(C)(ii), you serve the enclosed SUMMONS AND [...] defendant at the following addresses:

[...] SEAS NAVIGATION PTE LTD
[...] Middle Road # 09-00
[...] Hong Bldg,
[...]pore 188968

[...]el free to contact our office if you have

& Keane, LLP.,

Rodriguez