```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
OCCIDENTAL CHARTERING INC.,         :
                                    :
             Plaintiff,             :    07 Civ. 876 (JSR)
                                    :
        -v-                         :    ORDER
                                    :
HIGH SEAS NAVIGATION PTE LTD.,      :
                                    :
             Defendant.             :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated from the bench, see transcript 5/7/07, this action is stayed in all respects, pending further action by the Court. In the interim, plaintiff shall provide the Court with a status report every six months, commencing with the first report on November 1, 2007. The Clerk is directed to place this action on the suspense calendar.

SO ORDERED

Dated: New York, NY
       May 7, 2007

_____
JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-8-07